**Alan M. Nelson, Esq.** (AN-3891)
3000 Marcus Avenue, Suite 1E5
Lake Success, New York 11042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ALEXIS PADILLA,

                Petitioner,

                                              07 Civ. 5997(DAB)(DF)

        -against-                          **NOTICE OF APPEARANCE**

DALE ARTHUR. Superintendent of Clinton
Correctional Facility, et al.,

                Respondent.
-------------------------------------------------------X

      PLEASE TAKE NOTICE, that ALAN M. NELSON, ESQ. hereby appears in the above captioned action as the attorney for Petitioner ALEXIS PADILLA. All papers in the above-entitled action may be served upon the attorney at their offices, located at 3000 Marcus Avenue, Suite 1E5, Lake Success, New York 11042.

Dated: Lake Success, New York
       January 11, 2008

                                                ALAN M. NELSON
                                                Attorney for Petitioner

                                        By:_____
                                               Alan M. Nelson (AN 3891)
                                               3000 Marcus Avenue, Suite 1E5
                                               Lake Success, New York 11042
                                               (516)328-6200